No. 90–7374. PERRY v. OKLAHOMA ET AL. Ct. Crim. App. Okla. Certiorari denied.

No. 90–7375. MURRAY v. CASTILLA ET AL. C. A. 5th Cir. Certiorari denied. 

No. 90–7377. ZATKO v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 90–7384. PORTER v. CROSS SEAS SHIPPING CORP. C. A. 4th Cir. Certiorari denied. 

No. 90–7392. DEJOSE v. NEW YORK STATE DEPARTMENT OF STATE ET AL. C. A. 2d Cir. Certiorari denied. 

No. 90–7395. FELDER v. RICHMOND CITY JAIL ADMINISTRATION. C. A. 4th Cir. Certiorari denied. 

No. 90–7396. GRANBERRY v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 90–7400. ABEL v. ALASKA. C. A. 9th Cir. Certiorari denied. 

No. 90–7403. HELZER v. MICHIGAN DEPARTMENT OF CORRECTIONS ET AL. C. A. 6th Cir. Certiorari denied. 

No. 90–7407. FLEMING v. COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 90–7409. BARTEL v. GINS. C. A. 4th Cir. Certiorari denied. 

No. 90–7410. BRENNAN v. OHIO ET AL. C. A. 6th Cir. Certiorari denied. 

No. 90–7418. DELBRIDGE ET AL. v. NEW JERSEY DIVISION OF YOUTH AND FAMILY SERVICES. Super. Ct. N. J., App. Div. Certiorari denied.

No. 90–7419. TOLBERT v. GEORGIA. Sup. Ct. Ga. Certiorari denied. 

No. 90–7421. JOHL v. PETERS ET AL. C. A. 2d Cir. Certiorari denied.